IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| James Curlee, | : |
| | : Civil Action No.:  1:13-cv-01272 |
| Plaintiff, | : |
| v. | : |
| Credit One Financial d/b/a Credit One Bank; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 17, 2014

                                            Respectfully submitted,

                                            By   /s/ Sergei Lemberg_____

                                            Sergei Lemberg, Esq.
                                            LEMBERG LAW L.L.C.
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                   By  /s/ Sergei Lemberg_____
                                                           Sergei Lemberg, Esq.